THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES KOBRYN, Appellant.

Submitted January 2, 1945; decided January 16, 1945.

Motion for reargument granted. The Court desires to hear reargument on the following question: " In view of the fact that the indictment charges the defendant with crimes committed in the United States post-office at Rochester, N. Y., did the County Court of Monroe County have jurisdiction to try the indictment? " [See 290 N. Y. 897.]